COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Cloteal Arlette Bryan v. Dr. Beverly Guillory Lewis

Appellate case number:  01-22-00653-CV

Trial court case number:  465451

Trial court:            Probate Court No 2 of Harris County

On December 30, 2022, Appellant Cloteal Arlette Bryan filed a letter that we construe to be an appellate brief. Although the clerk's record was filed, the reporter's record is not due to be filed until January 18, 2023. Therefore, briefing deadlines have yet to be set. *See* TEX. R. APP. P. 38.6(a) (stating an appellant's brief is due thirty days after the later of the date the clerk's record or reporter's record is filed).

We strike Appellant's brief as premature. Appellant's brief is due thirty days from the date the reporter's record is filed. TEX. R. APP. P. 38.6(a). We note that Appellant's brief, when refiled, must comply with the requirements enumerated in Texas Rule of Appellate Procedure 38.1. *See In re N.E.B.*, 251 S.W.3d 211, 211-12 (Tex. App.—Dallas 2008, no pet.) (holding that while pro se pleadings and briefs are "construe[d] liberally," pro se litigants are held "to the same standards as licensed attorneys and require[d] . . . to comply with applicable laws and rules of procedure.").

It is so ORDERED.

Judge's signature: Veronica Rivas-Molloy
                   Acting individually

Date: January 10, 2023